UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | 23 Cr. |
| ISAIAH DOUGLAS,<br>a/k/a "Staxks,"<br>a/k/a "Osama," | **23 CRIM 485** |
| Defendant. | |

### COUNT ONE
### (Conspiracy to Distribute Narcotics)

The Grand Jury charges:

1.      From at least in or about August 2022 through at least in or about May 2023, in the Southern District of New York and elsewhere, ISAIAH DOUGLAS, a/k/a "Staxks," a/k/a "Osama," the defendant, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the controlled-substance laws of the United States.

2.      It was a part and an object of the conspiracy that ISAIAH DOUGLAS, a/k/a "Staxks," a/k/a "Osama," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3.      The controlled substances involved in the offense were (i) 400 grams and more of mixtures and substances containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," in violation of Title 21, United States Code, Section 841(b)(1)(A); (ii) 50 grams and more of mixtures and substances containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of

Title 21, United States Code, Section 841(b)(1)(B); and (iii) a quantity of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

## COUNTS TWO THROUGH FOURTEEN
### (Distribution of Narcotics)

The Grand Jury further charges:

4.    On or about the dates set forth below, in the Southern District of New York and elsewhere, ISAIAH DOUGLAS, a/k/a "Staxks," a/k/a "Osama," the defendant, knowingly and intentionally distributed and possessed with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), and aided and abetted the same.

5.    The controlled substances involved in the offenses, as set forth below, were (1) 400 grams and more of mixtures and substances containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl"; (2) 40 grams and more of mixtures and substances containing a detectable amount of fentanyl; (3) mixtures and substances containing a detectable amount of fentanyl; (4) mixtures and substances containing a detectable amount of cocaine; and (5) 50 grams and more of mixtures and substances containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of 21 U.S.C. § 841(b)(1)(A), (B), & (C).

| Count | Date | Controlled Substance Involved | Penalty Provision |
|-------|------|-------------------------------|-------------------|
| Two | November 3, 2022 | Cocaine | 21 U.S.C. § 841(b)(1)(C) |
| Three | November 8, 2022 | Cocaine | 21 U.S.C. § 841(b)(1)(C) |
| Four | November 15, 2022 | Fentanyl | 21 U.S.C. § 841(b)(1)(C) |

| Count | Date | Controlled Substance Involved | Penalty Provision |
|-------|------|-------------------------------|-------------------|
| Five | November 28, 2022 | Cocaine and fentanyl | 21 U.S.C. § 841(b)(1)(C) |
| Six | December 13, 2022 | Fentanyl | 21 U.S.C. § 841(b)(1)(C) |
| Seven | December 27, 2022 | Fentanyl | 21 U.S.C. § 841(b)(1)(C) |
| Eight | January 5, 2023 | Fentanyl (40 grams and more) | 21 U.S.C. § 841(b)(1)(B) |
| Nine | February 6, 2023 | Fentanyl (40 grams and more) | 21 U.S.C. § 841(b)(1)(B) |
| Ten | February 21, 2023 | Fentanyl (40 grams and more) | 21 U.S.C. § 841(b)(1)(B) |
| Eleven | March 16, 2023 | Fentanyl (40 grams and more) | 21 U.S.C. § 841(b)(1)(B) |
| Twelve | April 20, 2023 | Fentanyl | 21 U.S.C. § 841(b)(1)(C) |
| Thirteen | May 5, 2023 | Fentanyl (400 grams and more) | 21 U.S.C. § 841(b)(1)(A) |
| Fourteen | May 5, 2023 | Methamphetamine (50 grams and more) and Fentanyl | 21 U.S.C. § 841(b)(1)(B), (C) |

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), (B), & (C); Title 18, United States Code, Section 2.)

## COUNT FIFTEEN
### (Firearms Use, Carrying, and Possession)

The Grand Jury further charges:

6.      On or about May 5, 2023, in the Southern District of New York and elsewhere, ISAIAH DOUGLAS, a/k/a "Staxks," a/k/a "Osama," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the drug trafficking crime charged in Count One of this Indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed a firearm, to wit, a loaded .380-caliber Lorcin

3

L380 pistol with a defaced serial number.

(Title 18, United States Code, Section 924(c)(1)(A)(i).)

## COUNT SIXTEEN
### (Firearms Use, Carrying, and Possession)

The Grand Jury further charges:

7.      On or about May 5, 2023, in the Southern District of New York and elsewhere, ISAIAH DOUGLAS, a/k/a "Staxks," a/k/a "Osama," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the drug trafficking crime charged in Count One of this Indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed a firearm, to wit, a loaded .40-caliber Glock 27 pistol and a 9-millimeter Polymer80 Glock-type handgun without a serial number next to a loaded magazine.

(Title 18, United States Code, Section 924(c)(1)(A)(i).)

## FORFEITURE ALLEGATION

8.      As a result of committing the offense alleged in Counts One through Fourteen of this Indictment, ISAIAH DOUGLAS, a/k/a "Staxks," a/k/a "Osama," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## Substitute Assets Provision

9.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

4

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney