

[Type text]

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*

White Plains, New York 10606

September 29, 2023

**BY ECF & EMAIL**

The Honorable Judith C. McCarthy United
States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse White
Plains, New York 10601

  Re: *United States v. Isaiah Douglas*, 23 Cr. 458
    **Application to Exclude Time**

Dear Judge McCarthy:

  The Government respectfully requests that the Court exclude time until October 13, 2023, under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).

  An indictment was returned in this case on September 19, 2023. An arraignment was scheduled to take place before Your Honor on September 28, 2023, but was canceled that morning as the defendant's block at Westchester County Jail is under quarantine related to COVID-19. The Government submits that an exclusion of time until October 13, 2023, would serve the interests of justice by allowing the parties to schedule a new date for the arraignment around the ongoing quarantines, as well as to give the parties an opportunity to discuss a potential pre-trial disposition of this matter. Defense counsel has indicated that the defense consents to this request.

            Respectfully submitted,

**SO ORDERED**:        DAMIAN WILLIAMS
              United States Attorney

*Judith C. McCarthy* 9/29/2023  By: */s/ David A. Markewitz*
JUDITH C. McCARTHY      Michael Maimin
United States Magistrate Judge   Timothy Ly
              David A. Markewitz

                                Assistant United States Attorneys
                                (212) 637-2340
                                (914) 993-1910
                                (914) 993-1920

Cc:    Andrew Patel, Esq. (by ECF and Email)