UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   ORDER FOR CONTINUED
        -v-                         :   CUSTODY OF PROPERTY
                                    :   PURSUANT TO 21 U.S.C. § 853
ISAIAH DOUGLAS,                     :
    a/k/a "Staxks,"                 :
    a/k/a "Osama,"                  :   23 Cr. 485 (KMK)
                  Defendant.        :
------------------------------------X

WHEREAS, the Government has applied for an Order authorizing the Government and its agencies to maintain custody of certain property pending the conclusion of the instant case;

WHEREAS, the property in question includes the following assets:

a. $264.00 in United States currency seized from the Defendant at the time of his arrest in the vicinity of Hooker Avenue, Poughkeepsie, New York on or about May 5, 2023; and

b. $25,075.00 in United States currency seized from a residence located on Edgar Street, Poughkeepsie, New York on or about May 5, 2023

(a. and b., collectively, the "Subject Property");

WHEREAS, the Subject Property is currently in the lawful custody of the Government;

WHEREAS, the Government has represented to the Court that it will maintain and preserve the Subject Property throughout the instant case so that it will be available for forfeiture;

WHEREAS, the Subject Property is alleged to be forfeitable to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses charged in Counts One through Fourteen of the Indictment and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense charged in Counts

One through Fourteen of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One through Fourteen;

WHEREAS, there is probable cause to believe the Subject Property is subject to forfeiture, pursuant to Title 21, United States Code, Section 853, as proceeds obtained as a result of the commission of the offenses charged in Counts One through Fourteen of the Indictment;

WHEREAS, Title 21, United States Code, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property for forfeiture; and

WHEREAS, this Order satisfies the Government's obligations to preserve its right to maintain custody of the Subject Property under Title 18, United States Code, Section 983(a)(3)(B)(ii)(II).

IT IS HEREBY ORDERED, pursuant to Title 21, United States Code, Section 853(e)(1), that the United States and its agencies, including the Federal Bureau of Investigation, are authorized to maintain and preserve the Subject Property until the conclusion of the instant case, pending further Order of this Court.

Dated:   White Plains, New York
         October 19, 2023

SO ORDERED:

_____
HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK