**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com

MEMO ENDO.

Telephone 212-349-0230

By ECF

October 23, 2023

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

           Re:    <u>United States v. Isaiah Douglas</u>
                  23 Cr. 485 (KMK)

Dear Judge Karas:

      This letter is respectfully submitted to request that we be permitted to withdraw Mr. Douglas' bail application until further notice. One of the key components of the bail application was that Mr. Douglas would be living with his step sister in her apartment in Queens. For reasons completely unrelated to this application, his step sister has to relocate. At this time, I do not know where she will be living or if she will have space for Mr. Douglas in her next living space.

      Given this significant change of circumstances, I respectfully ask to withdraw the previously submitted bail package. I also respectfully ask to be permitted to revisit Mr. Douglas' bail if and when a suitable bail package can be presented in the future.

Both applications are granted.

So Ordered.

*[signature]*
10/23/23

Respectfully submitted,

   /s/Andrew Patel
Andrew G. Patel

cc: All counsel of record by ECF