**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                          Telephone 212-349-0230

**By ECF**

May 14, 2024

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

                              Re:   **U.S. v. Isaiah Douglas**
                                    23 Cr. 485 (KMK)

Dear Judge Karas:

      This letter is respectfully submitted to request an adjournment of the sentencing of Mr. Douglas. I am requesting that the sentencing be rescheduled to June 17, 2024 at 11:00 am. I have been advised by Your Honor's Chambers that this would be a convenient date and time for Your Honor. Assistant United States Attorney David Markewitz has informed me that the Government consents to this request.

Granted.                                   Respectfully submitted,

So Ordered
[signature]
5/14/24

                                           /s/Andrew Patel
                                           Andrew G. Patel

cc:   David Markewitz
      Assistant United States Attorney (by ECF)