

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

May 19, 2024

**BY ECF & EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
White Plains, New York 10601

    Re:    *United States v. Isaiah Douglas*, **23 Cr. 485 (KMK)**
              **Application to Exclude Time**

Dear Judge Karas:

    The Government respectfully requests that the Court exclude the time from May 30, 2024 to and through June 17, 2024, the date of the next pre-trial conference, under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).

    On December 4, 2023, the parties appeared before the Court for a pre-trial conference. At that time, the Court scheduled the next conference to take place on March 14, 2024. That conference was thereafter adjourned until May 30, 2024, and the Court excluded time through that date. (Doc. No. 32.) On May 14, 2024, defense counsel requested to adjourn this date until June 17, 2024, which the Court granted. (Doc. No. 34.)

    The Government submits that a further exclusion of time from May 30, 2024 to and through June 17, 2024, the next pre-trial conference, would serve the interests of justice by allowing the defense time to review discovery and assess whether any pre-trial motions may be appropriate, and that those benefits outweigh the interests of the public and the defendant in a speedy trial.

Granted. Time is excluded, in the interests of justice, until June 17, 2024 to allow counsel to review discovery materials. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered
5/20/24

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ David A. Markewitz*
     David A. Markewitz
     Assistant United States Attorney
     (914) 993-1920

Cc:    Andrew Patel, Esq. (by ECF and Email)