UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

United States of America,

    -against-

Isaiah Douglas,

    Defendant.

--------------------------------------------------------x

ORDER

Docket No. 23 CR 00485 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Bruce Koffsky, Esq. is to assume representation of the defendant in the above captioned matters as of June 6, 2024. Mr. Koffsky is appointed pursuant to the Criminal Justice Act. His address is Koffsky & Felsen, LLC, 1261 Post Rd., Ste 202b, Fairfield, CT 06824, phone number 203-327-1500, Email: bkoffsky@snet.net

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       June 7, 2024