

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

February 20, 2025

**BY ECF & EMAIL**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Isaiah Douglas*, 23 Cr. 485 (KMK)

Dear Judge Karas:

    The Government understands that the Court has scheduled a status conference in this matter for 11:30 a.m. on March 13, 2025. The Government respectfully requests that the Court enter the attached proposed order excluding time to and through that date pursuant to 18 U.S.C. § 3161(h)(7)(A). Counsel for the defendant has advised the Government that the defense consents to the requested exclusion of time.

        Respectfully submitted,

        MATTHEW PODOLSKY
        Acting United States Attorney

    By: */s/ David A. Markewitz*
        David A. Markewitz
        Assistant United States Attorney
        (914) 993-1920

Cc:    Counsel of Record (ECF)

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.

2/20/2025