UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISAIAH DOUGLAS,<br>  a/k/a "Staxks,"<br>  a/k/a "Osama,"<br><br>                    *Defendant.* | [~~Proposed~~] Order<br><br>23 Cr. 485 (KMK) |

WHEREAS, on or about December 16, 2024, the Court ordered that any pretrial motions be filed no later than February 18, 2025, and excluded time to and through that date;

WHEREAS, no pretrial motions were filed by the Court-imposed deadline;

WHEREAS, on or about February 19, 2025, the government advised the Court that the defendant is continuing to consider a plea offer that the government extended following the December 16, 2024 conference;

WHEREAS, the Court has scheduled a status conference in this case for 11:30 a.m. on March 13, 2025;

WHEREAS the government has requested to exclude time to and through the date of that conference;

WHEREAS, defense counsel has consented to that exclusion of time;

WHEREAS, the ends of justice would be served by excluding time to and through March 13, 2025, the date of the next status conference, to permit the defendant time to continue reviewing the government's plea offer and to continue reviewing the facts of this case with his lawyer in order to prepare for any possible future trial; and

WHEREAS, the benefits of excluding time outweigh the best interest of the public and the defendant in a speedy trial;

IT IS HEREBY ORDERED that the time from the date of this Order to and through March 13, 2025, is excluded under the Speedy Trial Act, as the ends of justice served by such an exclusion outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED:

Dated: White Plains, New York
       February 20, 2025

_____
HON. KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

2