LAW OFFICES OF

## KOFFSKY & FELSEN, LLC

<table>
<tr><td>BRUCE D. KOFFSKY<br>AUDREY A. FELSEN</td><td>1261 POST ROAD, SUITE 202B<br>FAIRFIELD, CONNECTICUT 06824<br>(203) 327-1500<br>FACSIMILE (203) 327-7660<br>www.koffskyfelsen.com</td><td>777 WESTCHESTER AVENUE<br>SUITE 101<br>WHITE PLAINS, NY 10604</td></tr>
</table>

**Via ECF and Email**

February 5, 2026

The Honorable Kenneth M. Karas
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    United States v. Isaiah Douglas, 7:23cr485 (KMK)

Dear Judge Karas:

Defendant Isaiah Douglas, through undersigned counsel, respectfully moves for a brief adjournment of sentencing. The Court recently granted undersigned's motion to continue sentencing until February 24, 2026. When Mr. Douglas shared this information with his family, he learned that his stepmother and stepsister, who have been a great source of support, are not in town on February 24, 2026. Mr. Douglas would like his family to be present at his sentencing hearing. Accordingly, undersigned is requesting a brief adjournment of the hearing. Undersigned requested alternate dates from Your Honor's Courtroom Deputy and learned that the Court starts a trial the week of March 2, 2026, and is not available until the trial ends. AUSA David Markewitz reported that the government does not object to Mr. Douglas' instant motion, nor does the government object to the sentencing hearing being continued to a date that is convenient to the Court after trial.

WHEREFORE, Mr. Douglas, through undersigned counsel, respectfully requests that the Court grant an adjournment of the sentencing hearing.

Granted.

Sentence is adjourned to 3|18|2026
at 11:00
So Ordered.

2/5/26

Respectfully submitted,

THE DEFENDANT,
Kaheem Palmer

/s/ Bruce D. Koffsky

BDK/dgb
cc: All Counsel of Record via ECF